IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thomas, Tawana M | Case Number: 07 B 10776 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/9/07 | Filed: 6/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 23, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,774.00 | 0.00 |
| 2. | Drive Financial Services | Secured | 11,500.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 2,337.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 98.40 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 37.47 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 30.88 | 0.00 |
| 7. | Drive Financial Services | Unsecured | 104.57 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 20.35 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 284.39 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 46.78 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 246.61 | 0.00 |
| 12. | Illinois Student Assistance Commission | Unsecured | 3,246.60 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 61.90 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 371.88 | 0.00 |
| 15. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 16. | American Collections & Credit | Unsecured | | No Claim Filed |
| 17. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 19. | Allied Interstate | Unsecured | | No Claim Filed |
| 20. | CBCS | Unsecured | | No Claim Filed |
| 21. | CFC Financial Corp | Unsecured | | No Claim Filed |
| 22. | F & W LLC | Unsecured | | No Claim Filed |
| 23. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 24. | Citibank | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thomas, Tawana M | | Case Number: 07 B 10776 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 10/9/07 | | Filed: 6/15/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Gillespie Pontiac | Unsecured | | No Claim Filed |
| 27. | CBCS | Unsecured | | No Claim Filed |
| 28. | Cbe Group | Unsecured | | No Claim Filed |
| 29. | LVNV Funding | Unsecured | | No Claim Filed |
| 30. | Providian Bancorp | Unsecured | | No Claim Filed |
| 31. | Marauder Corporation | Unsecured | | No Claim Filed |
| 32. | Midland Credit Management | Unsecured | | No Claim Filed |
| 33. | Riscuity | Unsecured | | No Claim Filed |
| 34. | Sallie Mae | Unsecured | | No Claim Filed |
| 35. | Sallie Mae | Unsecured | | No Claim Filed |
| 36. | Senex Services Corp | Unsecured | | No Claim Filed |
| 37. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 38. | Wachovia Bank | Unsecured | | No Claim Filed |
| 39. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 40. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 41. | Irene Perdue | Unsecured | | No Claim Filed |
| 42. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 43. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 44. | Park Dansan | Unsecured | | No Claim Filed |
| 45. | Wachovia Bank | Unsecured | | No Claim Filed |

$ 22,160.83          $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*